William M. Paoli, Esq. (S.B. No. 163759)
Court B. Purdy, Esq. (S.B. No. 179132)
**PAOLI & PURDY, PC**
4340 Von Karman Avenue, Suite 100
Newport Beach, CA 92660-2084
949/752-7711 - Office   949/752-8339 - Facsimile
OCLawyer@aol.com - email
Stephanie@PaoliPurdyLaw.com - email

Attorneys for Plaintiffs,

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JOHNSON and LISA JOHNSON,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF HESPERIA, COUNTY OF SAN BERNARDINO, MARK RIOS, JOSH PARROT, MICHAEL BLAY, TINA BULGARELLI, THERESA MONGER, JEREMY JACKSON, MARK LOCKWOOD, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO: 5:21-CV-383-JGB-SPx<br><br>**ORDER REMANDING CASE TO SUPERIOR COURT** |

### ORDER

On November 15, 2021, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved/ granted;

2. Southern District of California Case Number 5:21-CV-383 JGB (SPx) entitled, *DANIEL JOHNSON and LISA JOHNSON, vs. CITY OF HESPERIA, COUNTY OF SAN BERNARDINO, MARK RIOS, JOSH PARROT, MICHAEL BLAY, TINA BULGARELLI,*

1

*THERESA MONGER, JEREMY JACKSON, MARK LOCKWOOD, et al.* is hereby remanded to San Bernardino County Superior Court, and continue on under Case Number CIV SB 2026766.

IT IS SO ORDERED.

DATED: November 30, 2021

Hon. Jesus G. Bernal, U.S. District Judge